# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIGITAL SYSTEMS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*, <br><br> Defendants. | Case No. 25-cv-3634 (JMC) |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, the motion for a preliminary injunction, ECF 3, is **DENIED**.

**SO ORDERED.**

                                                                       _____
                                                                       JIA M. COBB
                                                                       United States District Judge

Date: December 15, 2025