# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIGITAL SYSTEMS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> and <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Civil Action No. 25-3634 (JMC) |

## JOINT NOTICE REGARDING REDACTIONS TO COURT'S MEMORANDUM

The Court's recent memorandum (ECF No. 36) was provisionally filed under seal, subject to review by the parties for proposed redactions. In accordance with the Court's December 15, 2025 Order, the parties have reviewed the memorandum and have no proposed redactions.

Dated:  December 22, 2025						Respectfully submitted,

/s/ David L. Bodner			
David L. Bodner (DC Bar No. 90002027)
Shane M. Hannon (*pro hac vice*)
BLANK ROME LLP
1825 Eye Street NW
Washington, D.C. 20006
Tel: 202-420-2668
Fax: 202-379-9140
David.bodner@blankrome.com

James T. Smith (*pro hac vice*)
Thomas F. Brier (*pro hac vice*)
BLANK ROME LLP
130 N. 18th
Philadelphia, PA 19103
Phone: 215-569-5453
Fax: 215-754-4198
Jim.Smith@blankrome.com
Thomas.Brier@blankrome.com

*Attorneys for Plaintiff, Digital Systems Group, Inc.*

Dated: December 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

/s/Walter W. Brown
WALTER W. BROWN
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
E-mail: walter.brown2@usdoj.gov

JHANIEL JAMES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC  20530
Telephone: (202) 507-6035
E-mail: jhaniel.n.james@usdoj.gov

*Attorney for Defendants*