APPEAL,TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−03634−JMC
### *Internal Use Only*

| | |
|---|---|
| DIGITAL SYSTEMS GROUP, INC. v. FEDERAL EMERGENCY MANAGEMENT AGENCY et al<br>Assigned to: Judge Jia M. Cobb<br>Cause: 18:1905 Disclosure of Confidential Information | Date Filed: 10/10/2025<br>Jury Demand: None<br>Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**DIGITAL SYSTEMS GROUP, INC.**                          represented by   **David Lee Bodner**
BLANK ROME LLP
1825 Eye St. NW
Washington, DC 20006
703−489−5404
Email: david.bodner@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. Smith , I**
BLANK ROME, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
215−569−5643
Fax: 215−832−5643
Email: jim.smith@blankrome.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane Hannon**
BLANK ROME LLP
1825 Eye Street, N.W.
Washington, DC 20006
202−420−2299
Email: shane.hannon@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F. Brier , Jr.**
BLANK ROME, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
717−480−6185

                    Email: thomas.brier@blankrome.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **FEDERAL EMERGENCY MANAGEMENT AGENCY** | represented by | **Jhaniel James**<br>DOJ–Civ<br>Intellectual Property Section (C–IP)<br>1100 L St. NW<br>Room 8516<br>Washington, DC 20005<br>202–507–6035<br>Email: jhaniel.n.james@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Wayne Brown**<br>DOJ–Civ<br>Poc Agostinho, Jean<br>1100 L St., N.W.<br>8142<br>Washington, DC 20530<br>202–307–0341<br>Email: walter.brown2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY** | represented by | **Jhaniel James**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Walter Wayne Brown**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2025 | 1 | COMPLAINT against FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY (Filing fee $ 405, receipt number 210582) filed by DIGITAL SYSTEMS GROUP, INC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1) (zjd) (Entered: 10/10/2025) |
| 10/10/2025 | 2 | MOTION to Seal Case by DIGITAL SYSTEMS GROUP, INC. (Attachments: # 1 Text of Proposed Order) (zjd) (Main Document 2 replaced on 11/6/2025) (znmw). |

| | | |
|---|---|---|
| | | (Attachment 1 replaced on 11/6/2025) (znmw). (Entered: 10/10/2025) |
| 10/10/2025 | 3 | MOTION for Preliminary Injunction by DIGITAL SYSTEMS GROUP, INC. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, Part 1, # 6 Exhibit D, Part 2, # 7 Exhibit D, Part 3, # 8 Exhibit D, Part 4, # 9 Exhibit D, Part 5, # 10 Exhibit D, Part 6) (zjd) (Additional attachment(s) added on 10/14/2025: # 11 Exhibit D, Part 7, # 12 Exhibit D, Part 8, # 13 Exhibit D, Part 9, # 14 Exhibit D, Part 10, # 15 Exhibit D, Part 11) (zjd). (Main Document 3 replaced on 11/6/2025) (znmw). (Attachment 1 replaced on 11/6/2025) (znmw). (Attachment 2 replaced on 11/6/2025) (znmw). (Attachment 3 replaced on 11/6/2025) (znmw). (Entered: 10/10/2025) |
| 10/11/2025 | 4 | ORDER: The Court ORDERS that: 1) Plaintiff's 2 Motion to Seal is GRANTED, subject to any further consideration by the United States District Judge to whom this case is randomly assigned; and 2) Plaintiff must file within ten days of this Order a joint motion to unseal the filings or, alternatively, a proposed set of redactions accompanied by a renewed motion to file under seal that addresses the Hubbard factors and attaches a supporting affidavit. Signed by Chief Judge James E. Boasberg on October 11, 2025. Counsel have been notified by first class mail.(znbn) (Main Document 4 replaced on 11/6/2025) (znmw). (Entered: 10/11/2025) |
| 10/11/2025 | | Case Assigned to Judge Jia M. Cobb. (zjd) (Entered: 10/11/2025) |
| 10/14/2025 | | NOTICE OF NEW CASE ERROR regarding 1 Complaint. The following error(s) need correction: Missing summonses– U.S. government. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit using the event Request for Summons to Issue. (znmw) (Entered: 10/14/2025) |
| 10/14/2025 | | MINUTE ORDER re 3 Motion for Preliminary Injunction: Per Local Civil Rule 65.1(d), the Court ORDERS the parties to appear for a hearing on this motion on October 31, 2025, at 10:00 AM in Courtroom 3– In Person before Judge Jia M. Cobb. The Court further ORDERS the parties to confer and file a joint status report outlining a proposed briefing schedule on the motion by October 16, 2025. Briefing must be completed no later than 48 hours before the hearing. If the parties mutually agree to a later hearing date, the joint status report should so indicate and include proposed alternative dates and times. Signed by Judge Jia M. Cobb on 10/14/2025. Counsel have been notified by first class mail.(zljn) Modified text on 10/14/2025 (zljn). (Entered: 10/14/2025) |
| 10/14/2025 | | Set/Reset Deadlines/Hearings: Status Report due by 10/16/2025, Motion Hearing set for 10/31/2025 at 10:00 AM in Courtroom 3– In Person before Judge Jia M. Cobb. (zljn) (Entered: 10/14/2025) |
| 10/15/2025 | 6 | NOTICE of Appearance by David Lee Bodner on behalf of DIGITAL SYSTEMS GROUP, INC. (znmw) (Main Document 6 replaced on 11/6/2025) (znmw). (Entered: 10/20/2025) |
| 10/15/2025 | 7 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DIGITAL SYSTEMS GROUP, INC. (znmw) (Main Document 7 replaced on 11/6/2025) (znmw). (Entered: 10/20/2025) |
| 10/15/2025 | 8 | REQUEST FOR SUMMONS TO ISSUE filed by DIGITAL SYSTEMS GROUP, INC..(znmw) (Main Document 8 replaced on 11/6/2025) (znmw). (Entered: |

| | | |
|---|---|---|
| | | 10/20/2025) |
| 10/16/2025 | 5 | NOTICE of Appearance by Walter Wayne Brown on behalf of FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY (znmw) (Main Document 5 replaced on 11/6/2025) (znmw). (Entered: 10/17/2025) |
| 10/16/2025 | 9 | Joint STATUS REPORT by DIGITAL SYSTEMS GROUP, INC., FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY. (znmw) (Main Document 9 replaced on 11/6/2025) (znmw). (Entered: 10/20/2025) |
| 10/20/2025 | 10 | SUMMONS (4) Issued as to FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. Attorney and U.S. Attorney General. Sent to Counsel by mail. (mg) (Entered: 10/20/2025) |
| 10/21/2025 | | MINUTE ORDER re 9 Joint Status Report: The Parties have asked the Court to continue the hearing on the preliminary injunction currently scheduled for October 31 to allow the Government a two–week extension to respond to the motion in light of the ongoing federal government shutdown. For good cause shown, and because the Court finds an extension will not prejudice either party, the Court GRANTS the request. It is therefore ORDERED that the hearing on the preliminary injunction is continued to November 13, 2025, at 2 PM in person before Judge Cobb. It is further ORDERED that Defendants shall file their response to the motion by October 31, 2025, and Plaintiff shall file any reply by November 10, 2025. Signed by Judge Jia M. Cobb on October 21, 2025. (zljn) (Entered: 10/21/2025) |
| 10/23/2025 | | SUMMONS (4) REISSUED as to FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and non–parties U.S. Attorney and U.S. Attorney General (zjm) (Entered: 10/23/2025) |
| 10/24/2025 | 11 | MOTION for Leave to File Renewed Motion to Seal by DIGITAL SYSTEMS GROUP, INC.. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(znmw) (Main Document 11 replaced on 11/6/2025) (znmw). (Attachment 1 replaced on 11/6/2025) (znmw). (Attachment 2 replaced on 11/6/2025) (znmw). (Entered: 10/27/2025) |
| 10/27/2025 | | MINUTE ORDER granting 11 Motion for Leave to File. Signed by Judge Jia M. Cobb on 10/27/2025. (zljn) Modified event title on 10/29/2025 (znmw). (Entered: 10/27/2025) |
| 10/30/2025 | 12 | Renewed MOTION to Seal Case by DIGITAL SYSTEMS GROUP, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Part 1, # 3 Exhibit 2 Part 2–1, # 4 Exhibit 2 Part 2–2, # 5 Exhibit 2 Part 3–1, # 6 Exhibit 2 Part 3–2, # 7 Exhibit 2 Part 4–1, # 8 Exhibit 2 Part 4–2, # 9 Exhibit 2 Part 5–1, # 10 Exhibit 2 Part 5–2, # 11 Exhibit 2 Part 5–3, # 12 Exhibit 2 Part 6–1, # 13 Exhibit 2 Part 6–2, # 14 Exhibit 2 Part 6–3, # 15 Exhibit 2 Part 6–4, # 16 Text of Proposed Order)(znmw) (Main Document 12 replaced on 11/6/2025) (znmw). (Attachment 1 replaced on 11/6/2025) (znmw). (Attachment 2 replaced on 11/6/2025) (znmw). (Attachment 3 replaced on 11/6/2025) (znmw). (Attachment 4 replaced on 11/6/2025) (znmw). (Attachment 5 replaced on 11/6/2025) (znmw). (Attachment 6 replaced on 11/6/2025) (znmw). (Attachment 7 replaced on 11/6/2025) (znmw). (Attachment 8 replaced on 11/6/2025) (znmw). (Attachment 9 replaced on 11/6/2025) (znmw). (Attachment 10 replaced on 11/6/2025) (znmw). (Attachment 11 replaced on 11/6/2025) (znmw). (Attachment 12 replaced on 11/6/2025) (znmw). (Attachment 13 replaced on 11/6/2025) (znmw). (Attachment 14 |

| | | |
|---|---|---|
| | | replaced on 11/6/2025) (znmw). (Attachment 15 replaced on 11/6/2025) (znmw). (Attachment 16 replaced on 11/6/2025) (znmw). Modified on 11/6/2025 (znmw). (Entered: 10/31/2025) |
| 10/31/2025 | 13 | Memorandum in Opposition to re 3 Motion for Preliminary Injunction filed by FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Exhibits) (Some pages crooked; scanned as received).(znmw) Modified event title on 11/4/2025 (znmw). (Entered: 11/04/2025) |
| 10/31/2025 | 14 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL by FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY. (znmw) (Entered: 11/04/2025) |
| 11/03/2025 | | MINUTE ORDER granting 12 Renewed Motion to Seal Case. Signed by Judge Jia M. Cobb on 11/03/2025. (zljn) (Entered: 11/03/2025) |
| 11/06/2025 | | SEALED MINUTE ORDER: In the interest of clarifying the Courts November 3, 2025 Minute Order, the Court makes clear that it has adopted the Plaintiffs [12–16] proposed order in granting the Plaintiffs 12 renewed motion to seal. The Court therefore ORDERS this case to be unsealed. The Court further ORDERS that ECF 1, ECF 3–4, and ECF 3–5 through 3–15 shall remain under seal. The Plaintiff is ORDERED to re–file redacted versions of ECF 1 and ECF 3 on the public docket within three days of the entry of this order. (This document is SEALED and only available to authorized persons.) Signed by Judge Jia M. Cobb on 11/06/2025.(zljn) (Entered: 11/06/2025) |
| 11/06/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Defendants 14 Motion to Seal is GRANTED; and 2) Defendants must file within ten days of this Order a joint motion to unseal the filings or, alternatively, a proposed set of redactions accompanied by a renewed motion to file under seal that addresses the Hubbard factors and attaches a supporting affidavit. Signed by Judge Jia M. Cobb on 11/06/2025. (zljn) (Entered: 11/06/2025) |
| 11/06/2025 | | ***Case Unsealed pursuant to Minute Order filed 11/6/2025. (znmw) (Entered: 11/06/2025) |
| 11/06/2025 | | MINUTE ORDER: The Court reminds the parties that, per Local Civil Rule 65.1(d), they must notify the Court in writing 72 hours before the hearing if they wish to offer live testimony. Because of the factual dispute about the nature of the materials placed in the FDME, the Court is open to hearing from the affiants. (Entered: 11/06/2025) |
| 11/07/2025 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− James T. Smith, Filing fee $ 100, receipt number ADCDC−12069734. Fee Status: Fee Paid. by DIGITAL SYSTEMS GROUP, INC.. (Attachments: # 1 Declaration of James Smith, # 2 Text of Proposed Order)(Bodner, David) (Entered: 11/07/2025) |
| 11/07/2025 | 16 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Thomas F. Brier, Jr., Filing fee $ 100, receipt number ADCDC−12069787. Fee Status: Fee Paid. by DIGITAL SYSTEMS GROUP, INC.. (Attachments: # 1 Declaration of Thomas F. Brier, Jr., # 2 Text of Proposed Order)(Bodner, David) (Entered: 11/07/2025) |
| 11/07/2025 | 17 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Shane M. Hannon, Filing fee $ 100, receipt number ADCDC−12069810. Fee Status: Fee Paid. by DIGITAL SYSTEMS GROUP, INC.. (Attachments: # 1 Declaration of Shane M. |

| | | |
|---|---|---|
| | | Hannon, # 2 Text of Proposed Order)(Bodner, David) (Entered: 11/07/2025) |
| 11/10/2025 | | MINUTE ORDER granting 15 Motion for Leave to Appear Pro Hac Vice: Attorney James T. Smith is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Jia M. Cobb on November 10, 2025. (lcjmc3) (Entered: 11/10/2025) |
| 11/10/2025 | | MINUTE ORDER granting 16 Motion for Leave to Appear Pro Hac Vice: Attorney Thomas F. Brier, Jr. is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Jia M. Cobb on November 10, 2025. (lcjmc3) (Entered: 11/10/2025) |
| 11/10/2025 | | MINUTE ORDER granting 17 Motion for Leave to Appear Pro Hac Vice: Attorney Shane M. Hannon is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Jia M. Cobb on November 10, 2025. (lcjmc3) (Entered: 11/10/2025) |
| 11/10/2025 | 18 | NOTICE *Under Local Civil Rule 65.1(d) (Joint)* by DIGITAL SYSTEMS GROUP, INC. re Order, (Bodner, David) (Entered: 11/10/2025) |
| 11/10/2025 | | MINUTE ORDER: Per the parties' most recent 18 joint notice, the Preliminary Injunction Hearing set for November 13, 2025 will now begin at 09:30 AM. As requested, the Court also schedules an additional hearing on the motion for November 17, 2025 at 2:00 PM. Both hearings will be in person before Judge Cobb in Courtroom 3. Signed by Judge Jia M. Cobb on November 10, 2025. (lcjmc3) (Entered: 11/10/2025) |
| 11/10/2025 | 19 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DIGITAL SYSTEMS GROUP, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit Plaintiff's Sealed Reply in Support of Its Motion for Preliminary Injunction, # 4 Exhibit Exhibit 1 to Plaintiff's Sealed Reply in Support of Motion for Preliminary Injunction and Corresponding Attachments)(Bodner, David) (Entered: 11/10/2025) |
| 11/10/2025 | 20 | NOTICE OF FILING REDACTED DOCUMENT to 1 Complaint *(Redacted Complaint and Exhibit 1)* by DIGITAL SYSTEMS GROUP, INC. (Attachments: # 1 Exhibit 1)(Bodner, David) (Entered: 11/10/2025) |
| 11/10/2025 | 21 | NOTICE OF FILING REDACTED DOCUMENT to 3 MOTION for Preliminary Injunction *(Redacted Exhibit C)* by DIGITAL SYSTEMS GROUP, INC. (Bodner, David) (Entered: 11/10/2025) |
| 11/12/2025 | 22 | Consent MOTION Seal Hearing re 13 Sealed Opposition, 3 MOTION for Preliminary Injunction by DIGITAL SYSTEMS GROUP, INC.. (Attachments: # 1 Text of Proposed Order)(Bodner, David) (Entered: 11/12/2025) |
| 11/12/2025 | 23 | Unopposed MOTION to Continue *November 17, 2025 Hearing* by DIGITAL SYSTEMS GROUP, INC.. (Bodner, David) (Entered: 11/12/2025) |
| 11/12/2025 | 29 | SEALED REPLY TO OPPOSITION filed by DIGITAL SYSTEMS GROUP, INC. re 3 Motion for Preliminary Injunction, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1)(znmw) (Entered: 11/14/2025) |

| | | |
|---|---|---|
| 11/13/2025 | 24 | ENTERED IN ERROR.....NOTICE of Appearance by James T. Smith on behalf of DIGITAL SYSTEMS GROUP, INC. (Bodner, David) Modified on 11/13/2025 (znmw). (Entered: 11/13/2025) |
| 11/13/2025 | 25 | ENTERED IN ERROR.....NOTICE of Appearance by Shane M. Hannon on behalf of DIGITAL SYSTEMS GROUP, INC. (Bodner, David) Modified on 11/13/2025 (znmw). (Entered: 11/13/2025) |
| 11/13/2025 | 26 | ENTERED IN ERROR.....NOTICE of Appearance by Thomas F. Brier on behalf of DIGITAL SYSTEMS GROUP, INC. (Bodner, David) Modified on 11/13/2025 (znmw). (Entered: 11/13/2025) |
| 11/13/2025 | | NOTICE OF ERROR regarding 26 Notice of Appearance, 25 Notice of Appearance, 24 Notice of Appearance. The following error(s) need correction: Invalid attorney signature– signature on document must match PACER login. Please refile. (znmw) (Entered: 11/13/2025) |
| 11/13/2025 | 27 | NOTICE of Appearance by James T. Smith, I on behalf of DIGITAL SYSTEMS GROUP, INC. (Smith, James) (Entered: 11/13/2025) |
| 11/13/2025 | 28 | NOTICE of Appearance by Thomas F. Brier, Jr on behalf of DIGITAL SYSTEMS GROUP, INC. (Brier, Thomas) (Entered: 11/13/2025) |
| 11/17/2025 | 30 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by FEDERAL EMERGENCY MANAGEMENT AGENCY (Attachments: # 1 Memorandum in Support of Government's Renewed Motion to Seal, # 2 Affidavit of Nathan Cristler, # 3 Exhibit No. 1 (Mulugeta Declaration with proposed redactions), # 4 Exhibit No. 2 (Nixon Declaration with proposed redactions), # 5 Text of Proposed Order)(Brown, Walter) Modified event on 11/18/2025 (znmw). (Entered: 11/17/2025) |
| 11/18/2025 | 31 | NOTICE of Appearance by Jhaniel James on behalf of All Defendants (James, Jhaniel) (Entered: 11/18/2025) |
| 11/18/2025 | 32 | SEALED DOCUMENT (Declarations) filed by FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY. re 13 Sealed Opposition,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration)(znmw) (Entered: 11/20/2025) |
| 12/01/2025 | 33 | SEALED Exhibit List filed by DIGITAL SYSTEMS GROUP, INC.. (This document is SEALED and only available to authorized persons.)(zed) (Entered: 12/02/2025) |
| 12/01/2025 | 34 | SEALED Exhibit List filed by FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY. (This document is SEALED and only available to authorized persons.)(zed) (Entered: 12/02/2025) |
| 12/02/2025 | 35 | Consent MOTION for Extension of Time to File *Response to Complaint* by FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Text of Proposed Order)(Brown, Walter) (Entered: 12/02/2025) |
| 12/03/2025 | | MINUTE ORDER granting 35 Motion for Extension: Having considered the motion, and for good cause shown, the Court GRANTS the motion. It is further ORDERED that Defendants shall respond to the complaint in this action by December 23, 2025. Signed by Judge Jia M. Cobb on December 3, 2025. (lcjmc3) (Entered: 12/03/2025) |

| | | |
|---|---|---|
| 12/15/2025 | 36 | SEALED MEMORANDUM OPINION re 3 Motion for Preliminary Injunction: See document for details. Signed by Judge Jia M. Cobb on 12/15/2025.(zed) (Entered: 12/15/2025) |
| 12/15/2025 | 37 | ORDER denying 3 Motion for Preliminary Injunction: See document for details. Signed by Judge Jia M. Cobb on December 15, 2025. (lcjmc3) (Entered: 12/15/2025) |
| 12/15/2025 | | MINUTE ORDER re 36 Memorandum Opinion: The Court's memorandum opinion was provisionally filed under seal. By December 24, 2025, the parties are ORDERED to confer and file proposed redactions to the opinion, if any, along with a motion to maintain those portions of the opinion under seal. The parties should file a joint notice informing the Court that no redactions are necessary if that is their position. Signed by Judge Jia M. Cobb on December 15, 2025. (lcjmc3) (Entered: 12/15/2025) |
| 12/15/2025 | 38 | NOTICE of Appearance by Shane Hannon on behalf of DIGITAL SYSTEMS GROUP, INC. (Hannon, Shane) (Entered: 12/15/2025) |
| 12/22/2025 | 39 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 37 Order on Motion for Preliminary Injunction, 36 Sealed Memorandum Opinion by DIGITAL SYSTEMS GROUP, INC.. Filing fee $ 605, receipt number ADCDC−12151738. Fee Status: Fee Paid. Parties have been notified. (Bodner, David) (Entered: 12/22/2025) |
| 12/22/2025 | 40 | NOTICE *(JOINT) REGARDING REDACTIONS TO COURT'S MEMORANDUM* by FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY (Brown, Walter) (Entered: 12/22/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIGITAL SYSTEMS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL EMERGENCY MANAGEMENT AGENCY AND THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Civil Action No. 25-cv-3634 (JMC) |

**PLAINTIFF DIGITAL SYSTEMS GROUP, INC'S**
**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Plaintiff Digital Systems Group, Inc. ("DSG" or "Plaintiff") in the above-captioned action hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's December 15, 2025, Order and accompanying Memorandum Opinion denying Plaintiff's Motion for a Preliminary Injunction (ECF Nos. 36 & 37).

Dated: December 22, 2025

Respectfully submitted,

/s/ David L. Bodner
David L. Bodner
Shane Hannon (*pro hac vice*)
Blank Rome LLP
1825 Eye Street NW
Washington, D.C. 20006
Phone: 202-420-2668
Fax: 202-379-9140
David.bodner@blankrome.com
Shane.hannon@blankrome.com

James T. Smith (*pro hac vice*)
Thomas F. Brier (*pro hac vice*)
Blank Rome LLP
130 N. 18th St.

Philadelphia, PA 19103
Jim.Smith@blankrome.com
Thomas.Brier@blankrome.com

*Counsel for Digital Systems Group, Inc*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 22, 2025, I caused a copy of the foregoing to be served by email upon Walter Brown at Walter.Brown2@usdoj.gov pursuant to FRCP 5 and the agreement of the parties.

                                          /s/ David L. Bodner
                                          David L. Bodner
                                          *Counsel for Digital Systems Group, Inc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIGITAL SYSTEMS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*, <br><br> Defendants. | Case No. 25-cv-3634 (JMC) |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, the motion for a preliminary injunction, ECF 3, is **DENIED**.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 15, 2025

1