IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIGITAL SYSTEMS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> and <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Civil Action No. 25-3634 (JMC) |

**NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS OF THE
<u>ADMINSTRATIVE RECORD</u>**

Pursuant to Local Civil Rule 7(n)(1), Defendants Federal Emergency Management Agency and United States Department of Homeland Security hereby submit the certified list of the contents of the administration record in this action. The certified index of the records is attached hereto.

Dated: December 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

/s/Walter W. Brown
WALTER W. BROWN
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
E-mail: walter.brown2@usdoj.gov


JHANIEL JAMES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC  20530
Telephone: (202) 507-6035
E-mail: jhaniel.n.james@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIGITAL SYSTEMS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> and <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Civil Action No. 25-3634 (JMC) |

## CERTIFICATION OF ADMINSTRATIVE RECORD INDEX

I, Nathan Cristler, Attorney Advisor for Intellectual Property, Federal Emergency Management Agency, hereby certify that the attached Administrative Record Index is a true, correct, and complete copy of the non-privileged documents that comprise the Administrative Record in the above-captioned case. The administrative record consists of pages numbered AR000001–AR001523.

Dated: December 23, 2025                          By: /s/Nathan Cristler
                                                  Nathan Cristler
                                                  Attorney Advisor for Intellectual Property
                                                  Federal Emergency Management Agency

1

## CERTIFIED ADMINISTRATIVE RECORD INDEX

| Bates Begin | Bates End | Date | Document Name/Description |
|---|---|---|---|
| | | | **CONTRACTS** |
| 000001 | 000197 | 09/28/1994 | Contract No. GS00K94AFS0001, Order No. EMW-94-C-4657 |
| 000198 | 000250 | 05/13/2013 | Contract No. GS35F0760J, Order No. HSFE30-13-F-0097 |
| 000251 | 000268 | 03/12/2014 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00001 |
| 000269 | 000286 | 04/16/2014 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00002 |
| 000287 | 000288 | 04/27/2015 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00003 |
| 000289 | 000290 | 09/25/2015 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00004 |
| 000291 | 000292 | 01/29/2016 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00005 |
| 000293 | 000294 | 05/12/2016 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00006 |
| 000295 | 000297 | 09/28/2016 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00007 |
| 000298 | 000299 | 05/12/2017 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00008 |
| 000300 | 000300 | 01/26/2018 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00009 |
| 000301 | 000303 | 02/28/2018 | Contract No. GS35F0760J_HSFE30-13-F-0097_Mod_P00010 |
| 000304 | 000304 | 12/07/2022 | GS35F0760J_HSFE30-13-F-0097_Mod_P00011 |
| 000305 | 000336 | 09/27/2018 | IDIQ Contract No. 70FA3018D00000008 |
| 000337 | 000340 | 09/28/2019 | Contract_70FA3018D00000008_Mod_P00001 |
| 000341 | 000343 | 03/05/2020 | Contract_70FA3018D00000008_Mod_P00002 |
| 000344 | 000347 | 07/09/2020 | Contract_70FA3018D00000008_Mod_P00003 |
| 000348 | 000351 | 06/12/2021 | Contract_70FA3018D00000008_Mod_P00004 |
| 000352 | 000355 | 11/15/2021 | Contract_70FA3018D00000008_Mod_P00005 |
| 000356 | 000358 | 11/19/2021 | Contract_70FA3018D00000008_Mod_P00006 |
| 000359 | 000361 | 09/28/2018 | Funding Task Order No. 70FA3018F00000782 |
| 000362 | 000384 | 09/19/2019 | 70FA3018D00000008_70FA3019F00000639 |
| 000385 | 000389 | 07/17/2020 | 70FA3018D00000008_70FA3020F00000459 |
| 000390 | 000394 | 07/31/2020 | 70FA3018D00000008_70FA3020F00000522 |
| 000395 | 000417 | 07/31/2020 | 70FA3018D00000008_70FA3020F00000522 SOW |
| 000418 | 000420 | 08/18/2020 | 70FA3018D00000008_70FA3020F00000533 |
| 000421 | 000452 | 09/15/2020 | 70FA3018D00000008_70FA3020F00000623 |
| 000453 | 000481 | 09/29/2020 | 70FA3018D00000008_70FA3020F00000661 |
| 000482 | 000509 | 05/12/2021 | 70FA3018D00000008_70FA3021F00000241 |

| Bates Begin | Bates End | Date | Document Name/Description |
|---|---|---|---|
| 000510 | 000547 | 08/23/2021 | 70FA3018D00000008_70FA3021F00000409 |
| 000548 | 000575 | 09/21/2021 | 70FA3018D00000008_70FA3021F00000321 |
| 000576 | 000612 | 09/28/2021 | 70FA3018D00000008_70FA3021F00000488 |
| 000613 | 000619 | 08/30/2022 | 70FA3018D00000008_70FA3022F00000379 |
| 000620 | 000647 | 04/18/2023 | 70FA3018D00000008_70FA3123F00000036 |
| 000648 | 000653 | 04/18/2023 | 70FA3018D00000008_70FA3123F00000036 Executed |
| 000654 | 000681 | 04/18/2023 | 70FA3018D00000008_70FA3123F00000037 |
| 000682 | 000781 | 06/07/2024 | IDIQ Contract No. 70FA3124D00000001 |
| 000782 | 000819 | 06/07/2024 | IDIQ Contract No. 70FA3124D00000001 - SOW |
| 000820 | 000832 | 06/07/2024 | Funding Task Order No. 70FA3124F00000041 – Operations & Maintenance |
| 000833 | 000841 | 06/07/2024 | Funding Task Order No. 70FA3124F00000042 – Accounting Services |
| **CORRESPONDENCE** | | | |
| 000842 | 000843 | 04/10/2019 | 70FA3018D00000008 Submission DSG - FSM Support |
| 000844 | 000845 | 06/13/2024 | Agreement to Use DSG's IP for FSM |
| 000846 | 000848 | 06/13/2024 | RE: Agreement to Use DSG's IP for FSM |
| 000849 | 000849 | 06/20/2024 | Meeting re: FSM usage of DSG Intellectual Property |
| 000850 | 000854 | 06/21/2024 | FW: Meeting re: FSM usage of DSG Intellectual Property |
| 000855 | 000856 | | DHS PIA Web-IFMIS 08162013 |
| 000857 | 000859 | | DSG IP Notice to FEMA 03282019 |
| 000860 | 000862 | | DSG IP Notice to FEMA 03292024 |
| 000863 | 000864 | | DSG IP Notice to FEMA 07222020 |
| 000865 | 000865 | | DSG WebIFMIS Questions Amendment 02_4_17_2024 |
| 000866 | 000867 | | FEMA CAB Status Report 12142020 |
| 000868 | 000870 | | PARS Team Q&A |
| 000871 | 000872 | 06/28/2024 | DSG IP |
| 000873 | 000873 | 06/30/2024 | Updated WebIFMIS/PARS status from Stan @ DSG |
| 000874 | 000874 | 07/10/2024 | Re: Additional IP Findings |
| 000875 | 000882 | | CAB |
| 000883 | 000883 | 07/15/2024 | DSG/FEMA Follow Up Discussion |
| 000884 | 000891 | | DSG IP Overview |
| 000892 | 000893 | 07/18/2024 | DSG's Products Ownership |
| 000894 | 000895 | 08/02/2024 | RE: Duplication of DSG IP at the request of FSM |
| 000896 | 000897 | | FEMA CR 3168 |
| 000898 | 000902 | | CAB 10755 |
| 000903 | 000904 | 08/12/2024 | FW: Today's discussion re Mike's findings and options |
| 000905 | 000907 | 08/21/2024 | RE: DSG IP |
| 000908 | 001001 | | FSM DSG FMDA IP Findings Final |

| Bates Begin | Bates End | Date | Document Name/Description |
|---|---|---|---|
| 001002 | 001003 | 08/26/2024 | RE: DSG IP FEMA_Final_Findings |
| 001004 | 001005 | 09/05/2024 | FW: Circling Back - DSG Intellectual Property** |
| **ADMINISTRATIVE CLAIM PROCEEDING** | | | |
| 001006 | 001054 | 10/03/2024 | Certified Claim |
| 001055 | 001337 | | Exhibit 1: DSG's Original Contract with FEMA Contract no. GS00K94AFS0001- 1994 |
| 001338 | 001345 | | Exhibit 2: Excellence Award Nomination Form for DSG Due 27 November 2013 |
| 001346 | 001348 | | Exhibit 3: CAB Status Report Decommission Legacy System Dated 14 December 2020 |
| 001349 | 001350 | | Exhibit 4: Notice to refresh data in FDME - Government Intent of Dated 1 October 2024 |
| 001351 | 001355 | | Exhibit 5: Data Mitigation and Cleansing Dated 28 June 2024 |
| 001356 | 001367 | | Exhibit 6: FMSS Schedule Price Info FSC Group 70 POP 31 Jan.1994 to 30 Sept. 1994 |
| 001368 | 001385 | | Exhibit 7: Financial System Modernization (FSM) Support SOO Track Changes |
| 001386 | 001404 | | Exhibit 8: Financial System Modernization (FSM) Support SOO Clean Version |
| 001405 | 001408 | | Exhibit 9: DSG's Email Noting IP Concern Dated 28 March 2019 |
| 001409 | 001417 | | Exhibit 10: FEMA's Authorization to Contractor's to Setup Data Staging Environment Dated 8 July 2024 |
| 001418 | 001421 | | Exhibit 11: DSG Letter Regarding Data Cleansing Dated 18 April 2019 |
| 001422 | 001440 | | Exhibit 12: RFQ for FEMA Data Cleaning and Mitigation FSM Support Dated 23 July 2020 |
| 001441 | 001443 | | Exhibit 13: DSG's Meeting Minutes from RFQ no. 70FA3020Q00000067 Est. Date 2018 |
| 001444 | 001446 | | Exhibit 14: Contract no. 70FA3018D00000008 Dated 27 September 2018 |
| 001447 | 001450 | | Exhibit 15: DSG's Email FSM Scope and Boundary Dated 28 March 2024 |
| 001451 | 001454 | | Exhibit 16: DSG's Email - Security Intelligent Risk Dated 29 March 2024 |
| 001455 | 001456 | | Exhibit 17: Government RFI Response Amendment Dated 17 April 2024 |
| 001457 | 001460 | | Exhibit 18: DSG's Email – Concerns of IP Usage Dated 6 Sept 2024 |

4

| Bates Begin | Bates End | Date | Document Name/Description |
|---|---|---|---|
| 001461 | 001481 | | Exhibit 19: DSG's Email – FSM Usage of IP Dated 21 June 2024 |
| 001482 | 001485 | | Exhibit 20: DSG's Email – Request PMO to Verify Software Dated 28 June 2024 |
| 001486 | 001496 | | Exhibit 21: DSG's Email – Detaining the FDME Data Research Dated 28 June 2024 |
| 001497 | 001499 | | Exhibit 22: DSG's Email – Cloning of DSG IP for Unspecified Tasks Dated 14 Aug 2024 |
| 001500 | 001503 | | Exhibit 23: FEMA's Concept of Operation Manual for FDME |
| 001504 | 001507 | | Exhibit 24: DSG's Email – IFMIS views still not working in FDME Dated 17 Feb 2024 |
| 001508 | 001510 | | Exhibit 25: DSG's Email – Permission to Pull IFMIS PARS dated 6 Jan 2023 |
| 001511 | 001512 | | Exhibit 26: Production Copy of IFMIS_PARS into the FDME has cleared 6 Jan 2023 |
| 001513 | 001523 | 01/10/2025 | Contracting Officer's Final Decision |